Garrard R. Beeney (NY Reg. No. 1656172)
(beeneyg@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Attorneys for Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:  Case No. 09-5609<br><br>NOKIA CORPORATION and NOKIA, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>*Defendants*. | Master File No. M07-1827 SI<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE**<br><br>Judge:  The Hon. Susan Illston<br>Courtroom:  10, 19th Floor<br>Hearing Date:  February 18, 2011<br>Hearing Time: 9:00 a.m. |

S<small>ULLIVAN</small>
&
C<small>ROMWELL</small> LLP

WHEREAS, on July 23, 2010, Plaintiffs Nokia Corporation and Nokia, Inc. (collectively, "Nokia") filed an amended complaint (the "Amended Complaint") in the above-captioned action; and

WHEREAS, on August 27, 2010, Defendant Philips Electronics North America Corporation ("PENAC") filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss"); and

WHEREAS, the return date for the Motion to Dismiss originally was designated to be November 3, 2010; and

WHEREAS, on October 7, 2010, PENAC and Nokia entered into a standstill and tolling agreement (the "Tolling Agreement") to provide the parties with an opportunity to engage in discussions regarding possible entry into a further tolling agreement and corresponding suspension of the action as against PENAC; and

WHEREAS, on October 21, 2010, the Court approved an extension to the briefing schedule and a continuance of the hearing date to allow for the parties to engage in discussions pursuant to the Tolling Agreement; and

WHEREAS, the October 21, 2010 Order provided that (1) the hearing set for November 3, 2010 would be continued until January 13, 2011; (2) Nokia would file any opposition to the Motion to Dismiss on or before December 2, 2010; and (3) PENAC would file any reply to Nokia's opposition on or before December 23, 2010; and

WHEREAS, on December 1, 2010, the Court approved a second extension to the briefing schedule and a second continuance of the hearing date to allow for the parties to continue their discussions pursuant to the Tolling Agreement; and

WHEREAS, the December 1, 2010 Order provided that (1) the hearing set for January 13, 2011 would be continued until February 18, 2011; (2) Nokia would file any opposition to the Motion to Dismiss on or before December 21, 2010; and (3) PENAC would file any reply to Nokia's opposition on or before January 17, 2011;

WHEREAS, the parties, having made progress towards an agreed resolution of the matter, continue to engage in constructive discussions regarding Nokia's claims against PENAC, and

believe that they would benefit from an additional, limited extension of time to engage in these discussions;

NOW THEREFORE, PENAC and Nokia, by and through their respective counsel, stipulate and agree, subject to the Court's approval, that (1) the above-mentioned hearing currently set for February 18, 2011, shall be continued until February 25, 2011, or as soon thereafter as the Court may hear the matter; (2) Nokia will file any opposition to the Motion to Dismiss on or before January 11, 2011; and (3) PENAC will file any reply to Nokia's opposition on or before February 7, 2011.

IT IS SO ORDERED

DATED: _____    _____
  HONORABLE SUSAN ILLSTON
  UNITED STATES DISTRICT JUDGE

<u>Attestation</u>: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

Dated: December 20, 2010

            */s/ Brendan P. Cullen*
            Brendan P. Cullen

STIPULATED AND AGREED TO BY:

Dated:  December 20, 2010

*/s/ Brendan P. Cullen*
Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Garrard R. Beeney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

*Counsel for Defendant*
*Philips Electronics North America Corporation*

Dated:  December 20, 2010

*/s/ B. Parker Miller*
B. Parker Miller
Peter Kontio
Valarie C. Williams
ALSTON + BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:     (404) 881-7000
Facsimile:      (404) 881-7777

Randall Allen
ALSTON + BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone:     (650) 838-2000
Facsimile:      (650) 838-2001

*Counsel for Plaintiff*
*Nokia Corporation and Nokia Inc.*