1   BRADY JOHNSON (WSBA 21732)
JONATHAN MARK (WSBA 38051)
2   Washington State Attorney General
Antitrust Division
3   800 Fifth Avenue
Seattle, WA 98104
4   Telephone: (206) 389-2848 (Brady Johnson)
Telephone: (206) 389-3806 (Jonathan Mark)
5   Facsimile: (206) 464-6338
bradyj@atg.wa.gov (Brady R. Johnson)
6   jonathanM2@atg.wa.gov (Jonathan A. Mark)

7   Attorneys for the State of Washington

8

9   **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

10

11   IN RE TFT (FLAT PANEL)     No. M-07-1827-SI
ANTITRUST LITIGATION     MDL No. 1827

12   This Document Relates To Individual     **STIPULATION AND**
Case No. 3:10-cv-05711-SI     **[PROPOSED] ORDER**
13     **SHORTENING TIME**
WASHINGTON STATE,
14
           Plaintiff,
15     v.

16   AU OPTRONICS CORP., ET AL.,

17            Defendants.

18

19      Pursuant to Local Rule 6-2, the State of Washington ("State") and the Defendants

20   (collectively, the "Parties") jointly submit this Stipulated Request for an Order

21   Shortening Time on the State's Motion to Remand.  The Parties stipulate and agree as

22   follows:

23      WHEREAS the State's lawsuit has been transferred to this Court as a related case

24   in *In re TFT-LCD (Flat Panel) Antitrust Litigation* Master File No. 3:07-md-1827 SI,

25   MDL No. 1827 (the "MDL") and assigned to the Honorable Judge Susan Illston for

26

STIPULATION & [PROPOSED] ORDER     1     **ATTORNEY GENERAL OF WASHINGTON**
SHORTENING TIME     800 Fifth Avenue, Suite 2000
No. M-07-1827-SI   MDL No. 1827     Seattle, WA  98104-3188
    (206) 464-7744

consolidated pretrial proceedings, and the State has agreed to withdraw its previously filed opposition to the transfer order;

WHEREAS the Parties believe, in light of the various schedules, proceedings, and deadlines applying to the direct purchaser plaintiffs, the indirect purchaser plaintiffs, the direct action plaintiffs and other plaintiffs and defendants in the MDL, that it is in their best interests, as well as the interests of judicial economy and efficiency, to resolve outstanding issues of federal court jurisdiction over the State's lawsuit in as expeditious a manner as possible, in order to avoid delays and to facilitate the efficient administration of justice;

WHEREAS the Parties agree that both sides have had the opportunity to fully brief issues relating to the State's Motion to Remand; that there is no need for any further briefing on the State's Motion to Remand; and that accordingly, the State's Motion to Remand is ripe for consideration;

THEREFORE, the State and the Defendants, by their respective counsel, stipulate and agree (1) that the 35-day time period described in Local Rule 7-2 will not be applicable to the State's Motion to Remand; (2) to shorten the time within which the Court may rule on the State's Motion to Remand; (3) that, after assignment, the State's Motion to Remand , may be heard at the earliest time practicable for the Court, should the Court decide that a hearing on the Motion is necessary; and (4) that either party may file as warranted, and without argument, supplementary materials as permitted by Local Rule 7-3(d).

/ / / /

/ / / /

STIPULATION & [PROPOSED] ORDER
SHORTENING TIME
No. M-07-1827-SI   MDL No. 1827

2

**ATTORNEY GENERAL OF WASHINGTON**
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1

      IT IS SO STIPULATED

2

DATED:  December 20, 2010.

3

                          Respectfully submitted,

4

5

                          ROB MCKENNA
                          Attorney General of the State of Washington

6

7

                          *s/Jonathan A. Mark*

8

                          Jonathan A. Mark
                          Assistant Attorney General

9

                          Antitrust Division
                          800 Fifth Avenue,

10

                          Seattle, WA 98104
                          (206) 389-3806 (Tel)

11

                          (206) 464-6338 (Fax)
                          jonathanM2@atg.wa.gov

12

                          *Attorneys for Plaintiff State of Washington*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION & [PROPOSED] ORDER       3       **ATTORNEY GENERAL OF WASHINGTON**
SHORTENING TIME                                    800 Fifth Avenue, Suite 2000
No. M-07-1827-SI   MDL No. 1827                Seattle, WA  98104-3188
                                              (206) 464-7744

1

2

3   CHIMEI INNOLUX CORP. AND CHI          EPSON IMAGING DEVICES CORP. AND
    MEI OPTOELECTRONICS CORP. USA,        EPSON ELECTRONICS AMERICA, INC.
    INC. (Chimei Entities)                (Epson Entities)

4

5   By: _____s/ Michael R. Scott_____  By: _____s/ Angelo J. Calfo_____
        Michael R. Scott, WSBA #12822          Angelo J. Calfo, WSBA #27079
6       Michael J. Ewart, WSBA #38655          C. Seth Wilkinson, WSBA #31607
        HILLIS CLARK MARTIN &                  YARMUTH WILSDON CALFO PLLC
6       PETERSON P.S.                          818 Stewart Street, Suite 1400
7       1221 Second Avenue, Suite 500          Seattle, WA 98101
        Seattle, WA 98101                      Phone:  (206) 516-3800
8       Phone:  (206) 623-1745                 Fax:  (206) 516-3888
        Fax:  (206) 623-7789                   acalfo@yarmuth.com
9       mrs@hcmp.com                           swilkinson@yarmuth.com
        mje@hcmp.com                           Attorneys for Epson Entities
10      Attorneys for Chimei Entities

11      Of Counsel:                            Of Counsel:
        Admitted pro hac vice                  Admitted pro hac vice
12      Steven F. Cherry                       Stephen P. Freccero
        Gordon Pearson                         MORRISON & FOERSTER LLP
13      WILMER CUTLER PICKERING                425 Market Street
          HALE AND DORR LLP                    San Francisco, CA  94105
14      1875 Pennsylvania Avenue, N.W.         Phone:  (415) 268-7000
        Washington, DC 20006                   Fax:  (415) 268-7522
15      Phone:  (202) 663-6000
        Fax:  (202) 663-6363

16

17

18

19

20

21

22

23

24

25

26

1

2   LG DISPLAY CO., LTD. AND LG            TOSHIBA AMERICA ELECTRONIC
    DISPLAY AMERICA, INC. (LG Display      COMPONENTS, INC. AND TOSHIBA
3   Entities)                             AMERICA INFORMATION SYSTEMS,
                                          INC. (Toshiba Entities)
4   By:    *s/ Michael K. Vaska*
           Michael K. Vaska, WSBA #15438   By:    *s/ Mathew L. Harrington*
5          FOSTER PEPPER PLLC                     Mathew L. Harrington, WSBA
           1111 Third Avenue                      #33276
6          Suite 3400                             STOKES LAWRENCE, P.S.
           Seattle, WA 98101-3299                 800 Fifth Avenue, Suite 4000
7          Tel.: (206) 447-4400                   Seattle, WA  98104
           Fax: (206) 447-9700                    Phone: (206) 626-6000
8          vaskm@foster.com                       Fax: (206) 464-1496
           *Attorney for LG Display Entities*     mlh@stokeslaw.com
9                                                 *Attorney for Toshiba Entities*

10  *Of Counsel:*                         *Of Counsel:*
    Michael R. Lazerwitz                  Admitted *pro hac vice*
11  Lee F. Berger                         John H. Chung
    CLEARY GOTTLIEB STEEN &               WHITE & CASE LLP
12  HAMILTON LLP                          1155 Avenue of the Americas
    2000 Pennsylvania Avenue, N.W.        New York, NY 10036
13  Washington, DC 20006                  Phone: (212) 819-8200
    Phone: (202) 974-1500                 Fax: (212) 354-8113
14  Fax: (202) 974-1999

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION & [PROPOSED] ORDER                5
SHORTENING TIME
No. M-07-1827-SI   MDL No. 1827

**ATTORNEY GENERAL OF WASHINGTON**
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1

2

3   AU OPTRONICS CORP AMERICA AND
    AU OPTRONICS CORPORATION (AU
    Entities)

4

5   By:    *s/ David C. Luundsgaard*
           David C. Luundsgaard, WSBA #25448
6          GRAHAM & DUNN
           2801 Alaskan Way
           Ste. 300, Pier 70
7          Seattle, WA 98121-1128
           Phone: (206) 624-8300
8          Fax: (206) 340-9599
           *Attorney for AU Entities*

9

10         *Of Counsel:*
           Admitted *pro hac vice*
           Carl L. Blumenstein
11         Christopher A. Nedeau
           NOSSAMAN LLP
12         50 California Street
           34th Floor
13         San Francisco, CA 94111
           Phone (415) 438-7219

14

15

16

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

21  Dated: _____

22

23                              _____
                                JUDGE SUSAN ILLSTON
24                              United States District Judge

25

26

**PROOF OF SERVICE**

I certify that I served a copy of this document on all parties or their counsel of record on the date below as follows:

☒   ECF Electronic Service

_____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 20th day of December, 2010 at Seattle, WA.


*s/Jonathan A. Mark*
JONATHAN A. MARK
Assistant Attorney General

STIPULATION & [PROPOSED] ORDER
SHORTENING TIME
No. M-07-1827-SI   MDL No. 1827

7

**ATTORNEY GENERAL OF WASHINGTON**
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744