PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL  (CA State Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN  (CA State Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (*pro hac vice*)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE  (CA State Bar No. 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
San Francisco, CA  94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME AND CONTINUING HEARING ON WASHINGTON'S MOTION TO REMAND**<br><br>**[Civil L. R. 6-3]** |
| This Document Relates To:<br>Case No. 3:10-cv-05711 SI<br><br>THE STATE OF WASHINGTON,<br><br>           Plaintiff,<br><br>     v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>           Defendants | |
| Case No. 3:10-cv-05212 SI<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, *ex rel*. Edmund G. Brown, Jr.,<br><br>           Plaintiffs,<br><br>     v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>           Defendants | |

1     The Court having considered all papers filed in support of and in opposition to
2 Defendants' Motion to Enlarge Time ("Motion"), and good cause appearing, IT IS
3 HEREBY ORDERED that the Motion is GRANTED as set forth below:
4     The State of Washington's Motion to Remand, Dkt. No. 2233, shall be heard
5 concurrently with the State of California's Motion to Remand, Dkt. No. 2249, currently set
6 for hearing on February 4, 2011.

7

8     **IT IS SO ORDERED.**
9 DATED: _____, 2011

10     */s/ Susan Illston*
    _____
11     Hon. Susan Illston
    U.S. District Court Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28